FROM: THE DISTRICT COURT OF THE SECOND JUDICIAL
DISTRICT, COUNTY OF SILVER BOW,

STATE OF MONTANA,

| | |
|---|---|
| Plaintiff, | No. 83-CR-98 |
| vs. | DECISION |

GARY L. BUTTON,

Defendant.

On September 25, 1989 the Defendant was sentenced to five (5) years for the revocation of Theft.

On August 3, 1990, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Cath Steger, of the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is based upon the presumption of the validity of the District Court Sentence.